Opinion filed February 16, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed February 16, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00011-CV 

                                                     __________

 

                    BRIAN
PANDO AND AURELIO PANDO, Appellants

 

                                                             V.

 

                SOUTHWEST
CONVENIENCE STORES, L.L.C., Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
County, Texas

 

                                                Trial Court Cause No. C-118,640

 



 

                                              M E M O R A N D U M   O P I N
I O N 

Brian Pando and Aurelio Pando have filed in this court a motion to withdraw their
notice of appeal.  In their motion,
appellants state that they have filed in the trial court a motion to
reconsider, and they request that their notice of appeal be withdrawn.

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

February 16, 2006

Panel consists of:  Wright,
C.J., and McCall, J.

Strange, J., not participating.